**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LORI WOODS and MAKAR STOZHYK, derivatively on behalf of OPENDOOR TECHNOLOGIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ADAM BAIN, CIPORA HERMAN, JONATHAN JAFFE, PUEO KEFFER, JASON KILAR, JOHN RICE, GLENN SOLOMON, CARRIE WHEELER, ERIC WU, DAVID SPILLANE, IAN OSBORNE, CHAMATH PALIHAPITIYA, and STEVEN TRIEU,<br><br>Defendants,<br><br>and<br><br>OPENDOOR TECHNOLOGIES INC.,<br><br>Nominal Defendant. | C.A.: 1:23-cv-01158-MN |

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**DISMISSAL OF ACTION WITH PREJUDICE**

WHEREAS, on November 25, 2024, the U.S. District Court for the District of Arizona entered an Order in the derivative litigation captioned *Gera v. Palihapitiya*, No. 23-cv-02164-MTL ("Arizona Action"), which, among other things, provided for the release of the claims asserted in this action and in the Arizona Action;

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, subject to approval of the Court, as follows:

This action is dismissed with prejudice, including on the grounds of res judicata.

SO STIPULATED and AGREED this 5th day of January, 2025.

**DELEEUW LAW LLC**

*_/s/ P. Bradford deLeeuw_*
P. Bradford deLeeuw (No. 3569)
1301 Walnut Green Road
Wilmington, DE 19807
Telephone: (302) 274-2180
Facsimile: (302) 351-6905
brad@deleeuwlaw.com

**HEYMAN ENERIO GATTUSO & HIRZEL LLP**

*_/s/ Jamie L. Brown_*
Kurt M. Heyman (# 3054)
Jamie L. Brown (# 5551)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 472-7302
kheyman@hegh.law
jbrown@hegh.law

*Counsel for Defendants Adam Bain, Cipora Herman, Jonathan Jaffe, Pueo Keffer, Jason Kilar, John Rice, Glenn Solomon, Carrie Wheeler, Eric Wu, David Spillane, Ian Osborne, Chamath Palihapitiya, Steven Trieu, and Nominal Defendant Opendoor Technologies Inc.*

SO ORDERED this ____ day of __________, 2026

_______________________________
The Honorable Maryellen Noreika
United States District Judge